UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>    v.<br><br>VIKRAM SRINIVASAN,<br><br>        Defendant. | Case No. 24-cr-00133-HSG-1<br><br>**ORDER TO GOVERNMENT TO SHOW CAUSE WHY GRAND JURY TRANSCRIPTS SHOULD NOT BE PRODUCED** |

On May 27, 2026, the Court directed the Government to produce for in camera review the legal instructions provided to the grand jury. Dkt. No. 104; *see also* Dkt. No. 89 at 2 (motion for production of "the legal instructions provided to each such grand jury"). The Government timely lodged transcript excerpts from February 29, 2024 with the Court. The Court has reviewed the excerpts provided by the Government and is inclined to require the Government to produce the following portions of the transcript to the defense on the basis that these excerpts can be disclosed without compromising the secrecy of the grand jury proceedings. *See, e.g.*, *United States v. Pac. Gas & Elec. Co.*, No. 14-cr-175-TEH, 2015 WL 3958111, at *13 (N.D. Cal. June 29, 2015); *United States v. Powell*, No. 22-CR-00003-JSW-1, 2024 WL 3052966, at *2–3 (N.D. Cal. June 18, 2024). However, the Court will provide the Government an opportunity to show cause why they should not be produced. The Government's response shall be due by June 9, 2026.

Page 4, lines 1 through 5.

Page 4, line 16 through Page 6, line 12.

**IT IS SO ORDERED.**

Dated:  7/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge