UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

VIKRAM SRINIVASAN,

Defendant.

Case No. 24-cr-00133-HSG-1

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL PRODUCTION**

Re: Dkt. No. 89

Partially pending before the Court is Defendant Vikram Srinivasan's motion to compel. Dkt. No. 89. Setting aside the categories that have been resolved either by agreement of the parties or by a prior Court order, Defendant seeks production of the following information: records showing how many members served on each such grand jury and any changes in jury census during the jury's term of service (Category 4 in the motion); and the legal instructions provided to each such grand jury (Category 6). *Id.* at 2. At the Court's direction, the Government provided the legal instructions provided to the grand jury for in camera review. Dkt. No. 104.

Having considered Defendant's requests, the Court finds that production of the remaining information at issue is warranted and would not compromise the secrecy of the grand jury proceedings. *See, e.g., United States v. Pac. Gas & Elec. Co.*, No. 14-cr-175-TEH, 2015 WL 3958111, at *13 (N.D. Cal. June 29, 2015); *United States v. Powell*, No. 22-CR-00003-JSW-1, 2024 WL 3052966, at *2–3 (N.D. Cal. June 18, 2024). Accordingly, the Court **ORDERS** the Government to produce the following:

- records showing how many members served on each such grand jury and any changes in jury census during the jury's term of service

- the following excerpts from the legal instructions:

o   Page 4, lines 1 through 5.

o   Page 4, line 16 through Page 6, line 12.

The Court **DIRECTS** the Government to produce the above materials to Defendant within two weeks of this order.

**IT IS SO ORDERED.**

Dated:  7/15/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge